UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF PUBLIC WELFARE,  :<br><br>Plaintiff  :<br><br>vs.  :<br><br>UNITED STATES OF AMERICA, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,  :<br><br>Defendants  : | Case No. 06-1087<br>Judge Ambrose<br>Magistrate Judge Lenihan |

## ORDER

And now this 11th day of December 2006, upon motion of the plaintiff and consent of the defendants, this matter is hereby voluntarily dismissed pursuant to F.R.C.P. 41(a)(2).

*[signature]*

1